IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| CASSIUS STEPHENS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:19-cv-00286-P |
| | § | |
| RED HORSE TRANS, INC., et al., | § | |
| | § | |
| Defendants. | § | |

**FINAL JUDGMENT**

This Judgment is issued pursuant to Federal Rule of Civil Procedure 58(a). The Defendant notified the Court that it has settled this case with Plaintiff. *See* ECF No. 61. It is therefore **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED with prejudice.**

**SO ORDERED** on this **8th day** of **May, 2020.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE